**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Eddie TATE, Petitioner**

**No. 315 MAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Aaron Edmonds TYSON, Petitioner**

**No. 317 MAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Mandy VALENTIN, Petitioner**

v.

**ARIA HEALTH PHYSICIAN SER-VICES, d/b/a Aria Allmed Comprehensive Care Center, Christine Wanjeri-Hasen, D.O., Jonathan Ostroff, D.O., Aria Health, Aria Health System, Respondents**

**No. 152 MAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**